FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. _____4:17-cv-12-DPM-BD_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 06 2017
JAMES W. McCORMACK,
By: _____ DEP CLERK

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Robert Thomas Reed
ADC # _____
Address: 5800 Law Dr Harrison, Ar. 72601.

Name of plaintiff: Carrie Rae Etheridge
ADC # _____
Address: 5800 Law [illegible] Dr. Harrison, Ar. 72601.

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Boone County Sheriffs Dept
Position: _____
Place of employment: _____
Address: _____

This case assigned to District Judge Moody
[illegible] Deer

Name of defendant: Mike Moore
Position: Sheriff
Place of employment: Boone County Sheriffs Dept.

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☒   both official and personal capacity

III.   Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Boone County Sheriffs Dept.

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  X  in jail and still awaiting trial on pending criminal charges

  ___ serving a sentence as a result of a judgment of conviction

  ___ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

     Yes  X   No ___

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

     Yes  X   No ___

If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I was denied access to the grievance procedure request procedure, Law Library, and was denied to make bond, due to a minor rule infraction I went on "lock down" from the 22nd of Dec. untill the 5th of January

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I would like $2000.00 for my rights being violated.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 1 day of January, 2017.

_____
Signature(s) of plaintiff(s)