**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CARRIE RAE ETHERIDGE**                                                                 **PLAINTIFF**

V.                             **CASE NO. 4:17-CV-12 JM/BD**

**BOONE COUNTY SHERIFF'S DEPARTMENT**
**and MIKE MOORE**                                                                        **DEFENDANTS**

## ORDER

On January 6, 2017, Robert Thomas Reed, an inmate in the Boone County Jail ("Jail"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983, purportedly on behalf of himself and Carrie Rae Etheridge. (Docket entry #1) In the complaint, Mr. Reed alleges that his constitutional rights were violated during his detention at the Jail. He fails to explain, however, how Ms. Etheridge's constitutional rights were violated.

Boone County is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Harrison Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Room 510, Fayetteville, Arkansas 72701.

IT IS SO ORDERED, this 12th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE